UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3
COUNTERCLAIM PLAINTIFF

CIVIL DIVISION
DOCKET NO: 2:16-cv-00230-wks

VS.

PETER DERNIER, NICOLE DERNIER
COUNTER CLAIM DEFENDANT(S)

**ORDER CONFIRMING SALE**

This foreclosure action was filed as a counterclaim by Plaintiff, U.S. Bank National Association as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, by Complaint dated August 29, 2016 against Defendants/Mortgagors Peter Dernier. A Judgment Order and Decree of Foreclosure issued by this Court on November 7, 2024, which Order provided for the public sale of the property unless the property was redeemed by a Defendant in this action. Since no Defendant redeemed their interest in this property, a public auction sale of the property was held on July 16, 2025. A Report of Sale has been filed with the Court.

Therefore, based on the Report of Sale and all other pleadings filed with this Court, and the opposition, if any, and good cause appearing, the Court hereby finds as follows:

1. That the duly noticed sale of the subject land and premises was held by plaintiff on July 16, 2025;

2. That U.S. Bank National Association as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3 was the high bidder at the public sale;

3. The real property which is the subject of this foreclosure action is described as follows:

Being all and the same lands and premises conveyed to Matthew J. And Merry I. Kujovsky by Warranty Deed of Thomas E. Kavet and Emily J. Gould, dated December 10, 2002 and recorded December 17, 2002 in Book 61 at Page 46 of the Weston land records. The lands and premises conveyed herein are more particularly described therein as follows:

"Parcel 1

"Being all and the same land and premises conveyed to Thomas E. Kavet and Emily J. Gould by Quitclaim Deed of Lawrence Lewis, a/k/a Lawrence Lewis, Jr. and Cynthia Lewis a/k/a Cynthia A. Lewis dated August 20, 2002, and recorded October 30, 2002 in Volume 60 at Page 255 of the Town of Weston Land Records.

"Being all and the same land and premises conveyed to Lawrence Lewis and Cynthia Lewis by Warranty Deed of Mildred Stevens and Roy R. Stevens dated June 6, 1989 of record in Book 41 at Page 53 of the Town of Weston Land Records.

"Parcel 2

"Including herewith part of all and the same land and premises conveyed the Grantors by Quitclaim Deed of Lawrence Lewis a/k/a Lawrence Lewis, Jr. and Cynthia Lewis a/k/a Cynthia A. Lewis also dated August 20, 2002, and recorded October 30, 2002 in Volume 60 at Page 256 of the Weston Land Records.

"Being further described as part of all and the same land and premises conveyed to Lawrence Lewis and Cynthia Lewis by Warranty Deed of William V. Coleman and Patricia R. Coleman dated November 1, 1985 of record in Book 37 at Page 37. Being more particularly described as that portion of the Coleman conveyance lying southerly of the lands and premises formerly owned by Mildred and Roy Stevens (Parcel 1 above), and being westerly of Vermont Route 100 and bounded on the east by the West River. Inclusion of this portion of the former Coleman property does not constitute a subdivision of land as it is separated from the balance of the former Coleman property by Vermont Route 100.

"Reference may be had to the above-mentioned deeds and to their record and to all prior deeds and their records in the Town of Weston Land Records for a more complete and particular description of the herein conveyed land and premises."

Reference is also made to a Boundary Line Agreement between Albert and Karnie DeCell and Matthew J. And Merry I. Kujovsky dated August 7, 2003 and recorded in Book 63 at Page 233 of the Weston land records. This Agreement confirms the common boundary of the DeCell Parcel and the Kujovsky Parcel.

The premises are conveyed subject to public utility easements and rights of way of record.

4. That the interests of the following persons and/or entities in the subject land and premises are foreclosed pursuant to a Judgment Decree of Foreclosure dated November 7, 2024:
   Peter Dernier, Nicole Dernier

5. There is no party defendant whose interest in the aforesaid land and premises is superior to the interest of Plaintiff;

6. The Judgment Indebtedness as of the date of sale $377,888.98. The winning bid was $191,250.00. There is no surplus available for distribution.

7. The Plaintiff is not entitled to any deficiency balance remaining due and owing after the sale.

THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED.

a. The interests of Peter Dernier in the above described land and premises are forever foreclosed;

b. The sale proceeds in the amount of $191,250.00 shall be paid to the Plaintiff on account of the funds due it under the Judgment and Decree of Foreclosure.

c. The duly noticed sale of the subject land and premises held by Plaintiff on July 16, 2025 to U.S. Bank National Association as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, successful bidder, is hereby confirmed;

d. Plaintiff's claim for a deficiency judgment against the Borrowers is dismissed with prejudice.

DATED: October 27, 2026

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge